IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JEFFREY CASSIDY,                    :
                                    :
              Plaintiff,            :
                                    :
       v.                           :       Civil Action No. 12-1711-LPS-SRF
                                    :
CAROLYN W. COLVIN,                  :
                                    :
              Defendant.            :

## ORDER

WHEREAS, Magistrate Judge Fallon issued a Report and Recommendation (D.I. 19) on January 6, 2014;

WHEREAS, the Report and Recommendation recommends that the Court dismiss this case for failure to prosecute.

WHEREAS, any Objections to the Report and Recommendation (D.I. 19) were to be filed by January 24, 2014;

WHEREAS, neither party has filed an Objection to the Report and Recommendation;

WHEREAS, the Court concludes that the Report and Recommendation should be adopted for the reasons stated by Magistrate Judge Fallon;

NOW THEREFORE, IT IS HEREBY ORDERED that the Report and Recommendation (D.I. 19) is **ADOPTED,** and the above-captioned action is **DISMISSED** without prejudice for failure to prosecute.

Dated: February 19, 2014

_____
UNITED STATES DISTRICT JUDGE